WILLIAM L. MANTHA CO., INC., Respondent, v. BLUE & WHITE BUS CO., INC., and Others, Defendants, and CHARLES T. GORDON, Appellant. (Action "A.") — Order of the County Court of Suffolk county granting plaintiff's motion for summary judgment and the judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the appealing defendant's denial that he received the notice of dishonor of the note, the basis of this action, raised a question of fact which can be determined only upon trial. The plaintiff's proof is that the notice of dishonor was mailed to said defendant at Center Moriches and not to Eastport, where he lived and had his place of business. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM L. MANTHA CO., INC., Respondent, v. BLUE & WHITE BUS CO., INC., and Others, Defendants, and CHARLES T. GORDON, Appellant. (Action " B.") — Judgment of the County Court of Suffolk county, in so far as appealed from, and order, reversed upon the law and the facts and new trial ordered, costs to appellant to abide the event. We are of opinion that the plaintiff failed to prove that it complied with the provisions of section 179 of the Negotiable Instruments Law in sending the notices of dishonor to the appellant. Concededly, the appellant resided at Eastport, N. Y., where he had his place of business. The notices were mailed to Center Moriches, and there is no proof that the appellant either sojourned or was accustomed to receive his letters there, or that the notices were actually received by him within the time specified by the Negotiable Instruments Law. It well may be that the notices were received by another of similar name at Center Moriches. We refrain from dismissing the complaint in order to permit the plaintiff to prove that the notices were forwarded to the appealing defendant, or received by him, within the time prescribed by the Negotiable Instruments Law, if such be the fact. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.